| | |
|---|---|
| TED LUCIANI, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> NET POWER INC., DANIEL J. RICE IV, AKASH PATEL, and BRIAN ALLEN, <br><br> Defendants. | Case No. 1:25-cv-00296-WO-JLW |

**NOTICE OF MOTION AND MOTION OF DAVID A. WENN AND TED LUCIANI FOR APPOINTMENT AS CO-LEAD PLAINTIFFS AND APPROVAL OF SELECTION OF COUNSEL**

**TO: ALL PARTIES AND THEIR COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that on a date and time as may be set by the Court, at the United States District Court for the Middle District of North Carolina, David A. Wenn ("Wenn") and Ted Luciani ("Luciani") will and do hereby respectfully move this Court pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995, for the entry of an Order: (1) appointing Wenn and Luciani as Co-Lead Plaintiffs on behalf of a class (the "Class") consisting of all persons and entities other than the above-captioned defendants that purchased or otherwise acquired NET Power Inc. securities between June 9, 2023 and March 7, 2025, both dates inclusive; and (2) approving proposed Co-Lead Plaintiffs' selection of Pomerantz LLP as Lead Counsel and Schiller & Schiller, PLLC as Liaison Counsel for the Class.

In support of this Motion, Wenn and Luciani submit a Memorandum of Law, the Declaration of Jeremy A. Lieberman filed herewith, the pleadings and other filings herein, and such other written and oral argument as may be permitted by the Court.

1

Dated:  June 17, 2025

Respectfully submitted,

**SCHILLER & SCHILLER, PLLC**

*/s/ David G. Schiller*
David G. Schiller (NC Bar # 26713)
304 East Jones Street
Raleigh, North Carolina 27601
Telephone: (919) 789-4677
Facsimile: (919) 789-4469
david@schillerfirm.com

*Counsel for Co-Lead Plaintiff Movants
David A. Wenn and Ted Luciani and
Proposed Liaison Counsel for the Class*

**POMERANTZ LLP**
Jeremy A. Lieberman
(*pro hac vice* application forthcoming)
J. Alexander Hood II
(*pro hac vice* application forthcoming)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
jalieberman@pomlaw.com
ahood@pomlaw.com

*Counsel for Co-Lead Plaintiff Movants
David A. Wenn and Ted Luciani and
Proposed Lead Counsel for the Class*

2

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2025, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ David G. Schiller*
David G. Schiller

3