# EXHIBIT A

**NET Power Inc. (NPWR)**
**Class Period: June 9, 2023 to March 7, 2025**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase or Acquire Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | End-of-Class Shares Retained | Post-Class Shares Retained | 90-Days* Mean Price $2.2860 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Summary | | | | | | | | | | | | |
| David A Wenn | | 5,500 | | ($63,107) | | 0 | | $0 | 5,500 | 5,500 | $12,573 | ($50,534) |
| Ted Luciani | | 3,089 | | ($23,203) | | (3,089) | | $9,156 | 3,089 | 0 | $0 | ($14,047) |
| **All** | | **8,589** | | **($86,310)** | | **(3,089)** | | **$9,156** | **8,589** | **5,500** | **$12,573** | **($64,581)** |
| | | | | | | | | | | | | |
| David A Wenn | 11/26/2024 | 200 | $12.5880 | ($2,518) | | | | | | | | |
| David A Wenn | 11/26/2024 | 800 | $12.5900 | ($10,072) | | | | | | | | |
| David A Wenn | 11/26/2024 | 100 | $12.5900 | ($1,259) | | | | | | | | |
| David A Wenn | 11/26/2024 | 100 | $12.5900 | ($1,259) | | | | | | | | |
| David A Wenn | 11/26/2024 | 800 | $12.5900 | ($10,072) | | | | | | | | |
| David A Wenn | 11/27/2024 | 100 | $13.1600 | ($1,316) | | | | | | | | |
| David A Wenn | 11/27/2024 | 200 | $13.1400 | ($2,628) | | | | | | | | |
| David A Wenn | 11/27/2024 | 600 | $13.1536 | ($7,892) | | | | | | | | |
| David A Wenn | 11/27/2024 | 100 | $13.1600 | ($1,316) | | | | | | | | |
| David A Wenn | 12/18/2024 | 400 | $10.0100 | ($4,004) | | | | | | | | |
| David A Wenn | 12/18/2024 | 700 | $9.9650 | ($6,976) | | | | | | | | |
| David A Wenn | 12/18/2024 | 400 | $9.9650 | ($3,986) | | | | | | | | |
| David A Wenn | 1/23/2025 | 150 | $9.8100 | ($1,472) | | | | | | | | |
| David A Wenn | 1/23/2025 | 28 | $9.8100 | ($275) | | | | | | | | |
| David A Wenn | 1/23/2025 | 315 | $9.8100 | ($3,090) | | | | | | | | |
| David A Wenn | 1/23/2025 | 507 | $9.8100 | ($4,974) | | | | | | | | |
| **David A Wenn** | | **5,500** | | **($63,107)** | | **0** | | **$0** | **5,500** | **5,500** | **$12,573** | **($50,534)** |
| | | | | | | | | | | | | |
| Ted Luciani | 2/7/2025 | 600 | $8.4000 | ($5,040) | 4/4/2025 | (3,089) | $2.9640 | $9,156 | | | | |
| Ted Luciani | 2/6/2025 | 450 | $8.6387 | ($3,887) | | | | | | | | |
| Ted Luciani | 2/11/2025 | 9 | $8.2199 | ($74) | | | | | | | | |
| Ted Luciani | 2/11/2025 | 50 | $8.1797 | ($409) | | | | | | | | |
| Ted Luciani | 2/11/2025 | 100 | $8.1799 | ($818) | | | | | | | | |
| Ted Luciani | 2/12/2025 | 5 | $8.0999 | ($40) | | | | | | | | |
| Ted Luciani | 2/12/2025 | 25 | $7.9400 | ($199) | | | | | | | | |
| Ted Luciani | 2/13/2025 | 50 | $7.6999 | ($385) | | | | | | | | |
| Ted Luciani | 2/24/2025 | 1,000 | $6.9950 | ($6,995) | | | | | | | | |
| Ted Luciani | 2/24/2025 | 300 | $6.9697 | ($2,091) | | | | | | | | |
| Ted Luciani | 3/5/2025 | 500 | $6.5287 | ($3,264) | | | | | | | | |
| **Ted Luciani** | | **3,089** | | **($23,203)** | | **(3,089)** | | **$9,156** | **3,089** | **0** | **$0** | **($14,047)** |

*Avg Closing Prices from March 10, 2025 to June 6, 2025