# EXHIBIT B

# Pomerantz Law Firm Announces the Filing of a Class Action Against NET Power Inc. and Certain Officers - NPWR

A accessnewswire.com/newsroom/en/business-and-professional-services/pomerantz-law-firm-announces-the-filing-of-a-class-action-agains-1017177

Pomerantz LLP



**NEW YORK CITY, NY / ACCESS Newswire / April 18, 2025 /** Pomerantz LLP announces that a class action lawsuit has been filed against NET Power Inc. ("Net Power" or the "Company") (NYSE:NPWR) and certain officers. The class action, filed in the United States District Court for the Middle District of North Carolina, and docketed under 25-cv-00296, is on behalf of a class consisting of all persons and entities other than Defendants that purchased or otherwise acquired Net Power securities between June 9, 2023 and March 7, 2025, both dates inclusive (the "Class Period"), seeking to recover damages caused by Defendants' violations of the federal securities laws and to pursue remedies under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") and Rule 10b-5 promulgated thereunder, against the Company and certain of its top officials.

If you are an investor who purchased or otherwise acquired Net Power securities during the Class Period, you have until June 17, 2025, to ask the Court to appoint you as Lead Plaintiff for the class. A copy of the Complaint can be obtained at www.pomerantzlaw.com. To discuss this action, contact Danielle Peyton at newaction@pomlaw.com or 646-581-9980 (or 888.4-POMLAW), toll-free, Ext. 7980. Those who inquire by e-mail are encouraged to include their mailing address, telephone number, and the number of shares purchased.

**[Click here for information about joining the class action]**

Net Power is a clean energy technology company. Its business is centered around its so-called "Net Power Cycle" technology, which is a purported novel power generation system designed to produce reliable and affordable electricity from natural gas while capturing virtually all atmospheric emissions.

Net Power has a facility located in La Porte, Texas, which it uses to demonstrate the viability of the NET Power Cycle, referred to as "La Porte" or the "Demonstration Plant."

Net Power conducts research and equipment validation testing campaigns at the Demonstration Plant as part of its efforts to develop its first utility-scale plant, which it variably refers to as "SN1" or "Project Permian." Project Permian is located at a site in the Permian Basin of West Texas.

Since before the start of the Class Period, Defendants had represented that they anticipated SN1 to be operational in 2026. In 2023, Net Power's cost estimate for Project Permian was roughly $950 million, which increased to $1.1 billion in 2024.

Net Power's commencement of commercial operations and, accordingly, its business and financial prospects, rely on its completion of Project Permian. As such, Defendants' projected timelines and cost estimates for Project Permian are of particular importance to investors and analysts.

The Complaint alleges that, throughout the Class Period, Defendants made materially false and misleading statements regarding the Company's business, operations, and prospects. Specifically, Defendants made false and/or misleading statements and/or failed to disclose that: (i) Net Power was unlikely to complete Project Permian on schedule, and the project was likely to be significantly more expensive than Defendants had represented, because of, *inter alia*, supply chain issues and numerous site- and region-specific challenges; (ii) accordingly, Defendants' projections regarding the time and capital needed to complete Project Permian were unrealistic; (iii) the increased time and capital needed to complete Project Permian were likely to have a significant negative impact on the Company's business and financial results; and (iv) as a result, Defendants' public statements were materially false and misleading at all relevant times.

On November 14, 2023, during pre-market hours, Net Power issued a press release announcing its third quarter 2023 results and providing a business update. Therein, the Company disclosed that "[d]ue to . . . tightness in the global supply chain, we are incorporating a 12-month cushion into our expected schedule for Project Permian" with Defendants "now expecting to achieve initial power generation sometime between the second half of 2027 and first half of 2028." This represented a significant delay from Defendants' initial schedule to have the plant operational by 2026.

On this news, Net Power's stock price fell $2.47 per share, or 18.54%, to close at $10.85 per share on November 14, 2023.

On March 10, 2025, during pre-market hours, Net Power issued a press release announcing its fourth quarter and full year 2024 results and providing a business update. Therein, Net Power disclosed that it "now estimates Project Permian's total installed cost to be between $1.7 billion and $2.0 billion"-significantly higher than its last estimate of $1.1 billion-"which is inclusive of non-recurring first-of-a-kind, Project Permian site-specific and owner costs[,]" advising that "there are a number of site- and region-specific challenges which impact cost."

The Company further advised that Project Permian "would come online no earlier than 2029[,]" representing a significant delay from its prior timeline of sometime between the second half of 2027 and first half of 2028. In addition, Net Power reported that it ended 2024 "with $533 million in cash, cash equivalents, and investments, down from $580 million last quarter, primarily due to $13 million in operating cash outflows and $29 million in capital expenditures for La Porte upgrades and SN1 development."

On this news, Net Power's stock price fell $2.18 per share, or 31.46%, to close at $4.75 per share on March 10, 2025.

Then, on April 15, 2025, Net Power issued a press release announcing that its President and Chief Operating Officer ("COO") and Chief Financial Officer would depart the Company on May 1, 2025, and that the Company had appointed a new COO, effective immediately.

On this news, Net Power's stock price fell $0.13 per share, or 5.75%, to close at $2.13 per share on April 16, 2025.

Pomerantz LLP, with offices in New York, Chicago, Los Angeles, London, Paris, and Tel Aviv, is acknowledged as one of the premier firms in the areas of corporate, securities, and antitrust class litigation. Founded by the late Abraham L. Pomerantz, known as the dean of the class action bar, Pomerantz pioneered the field of securities class actions. Today, more than 85 years later, Pomerantz continues in the tradition he established, fighting for the rights of the victims of securities fraud, breaches of fiduciary duty, and corporate misconduct. The Firm has recovered billions of dollars in damages awards on behalf of class members. See www.pomlaw.com.

Attorney advertising. Prior results do not guarantee similar outcomes.