## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| TED LUCIANI, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> NET POWER INC., DANIEL J. RICE IV, AKASH PATEL, and BRIAN ALLEN, <br><br> Defendants. | Case No. 1:25-cv-00296-WO-JLW <br><br> Hon. William L. Osteen, Jr. |

## MOTION OF WALTER SCHROEDER FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL

Plaintiff Walter Schroeder ("Schroeder") respectfully moves this Court for an order: (1) appointing Schroeder as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"); (2) approving Schroeder's selection of Glancy Prongay & Murray LLP as Lead Counsel for the class; and (3) granting such other relief as the Court may deem to be just and proper (the "Motion").

Schroeder seeks appointment as lead plaintiff and approval of his choice of counsel pursuant to the Exchange Act. This motion is based on this notice, the attached memorandum of law, the declaration of Garth Spencer, and the Court's complete files and records in this action, as well as such further argument as the Court may allow at a hearing on this motion.

Respectfully submitted,

Dated: June 17, 2025

/s/ *Garth Spencer*

**GLANCY PRONGAY & MURRAY LLP**

Charles H. Linehan*
   CLinehan@glancylaw.com
Garth Spencer (NCSB# 60142)
   GSpencer@glancylaw.com
1925 Century Park East, Ste. 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Counsel for Walter Schroeder and Proposed Lead Counsel for the Class*

* LR 83.1(d) notice of special appearance will promptly be filed

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 17, 2025, I served the foregoing Motion of Walter Schroeder for Appointment as Lead Plaintiff and Approval of Lead Counsel on all counsel of record via the CM/ECF system.

*/s/ Garth Spencer*
Garth Spencer
