| | |
|---|---|
| TED LUCIANI, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>    v.<br><br>NET POWER INC., DANIEL J. RICE IV, AKASH PATEL, and BRIAN ALLEN,<br><br>        Defendants. | Case No. 1:25-cv-00296-WO-JLW |

**[PROPOSED] ORDER**

Having considered the Motion of Walter Schroeder for Appointment as Lead Plaintiff and Approval of Lead Counsel (the "Motion"), and good cause appearing, the Court ORDERS as follows:

1.  The Motion is GRANTED;

2.  The Court, having considered the provisions of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §78u-4(a)(3)(B), appoints Walter Schroeder as Lead Plaintiff; and

3.  Pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v) the Court approves Glancy Prongay & Murray LLP as Lead Counsel for the class.

IT IS SO ORDERED.

Dated:_____,2025

_____
HON. WILLIAM L. OSTEEN, JR.
UNITED STATES DISTRICT JUDGE

1