| | |
|---|---|
| TED LUCIANI, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br><br>    v.<br><br>NET POWER INC., DANIEL J. RICE IV, AKASH PATEL, and BRIAN ALLEN,<br><br>        Defendants. | Case No. 1:25-cv-00296-WO-JLW<br><br><br>Hon. William L. Osteen, Jr. |

**DECLARATION OF GARTH SPENCER IN SUPPORT OF MOTION OF WALTER SCHROEDER FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**

I, Garth Spencer, hereby declare as follows:

1.	I am an attorney with the law firm Glancy Prongay & Murray LLP, counsel for proposed lead plaintiff Walter Schroeder ("Schroeder") in the above-captioned action. I make this declaration in support of the Motion of Walter Schroeder for Appointment as Lead Plaintiff and Approval of Lead Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.	Attached hereto as exhibits are true and correct copies of the following:

Exhibit A:	Press release published April 18, 2025 on *Access Newswire* announcing the pendency of the securities class action against Defendants herein;

Exhibit B:	Schroeder's signed Certification

Exhibit C:	Analysis of Schroeder's financial interest; and

Exhibit D:	Firm résumé of Glancy Prongay & Murray LLP.

1

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed this 17th day of June, 2025.

/s/ Garth Spencer
Garth Spencer

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 17, 2025, I served the foregoing Declaration of Garth Spencer in Support of Motion of Walter Schroeder for Appointment as Lead Plaintiff and Approval of Lead Counsel on all counsel of record via the CM/ECF system.

*/s/ Garth Spencer*
Garth Spencer
