**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

| | |
|---|---|
| TED LUCIANI, Individually and on Behalf of All Others Similarly Situated,<br><br>          Plaintiff,<br><br><br>     v.<br><br>NET POWER INC., DANIEL J. RICE IV, AKASH PATEL, and BRIAN ALLEN,<br><br>          Defendants. | Case No. 1:25-cv-00296-WO-JLW<br><br><br>Hon. William L. Osteen, Jr. |

**DECLARATION OF GARTH SPENCER IN SUPPORT OF WALTER SCHROEDER'S OPPOSITION TO THE MOTION OF DAVID A. WENN AND TED LUCIANI**

I, Garth Spencer, hereby declare as follows:

1.    I am an attorney with the law firm Glancy Prongay & Murray LLP, counsel for proposed lead plaintiff Walter Schroeder ("Schroeder") in the above-captioned action. I make this declaration in support of Walter Schroeder's Memorandum of Law in Opposition to the Motion of David A. Wenn and Ted Luciani for Appointment as Co-Lead Plaintiffs and Approval Of Selection Of Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.    Attached hereto as Exhibit A is a true and correct copy of Schroeder's revised signed Certification, which provides additional information regarding his accounts.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed this 24th day of June, 2025.

*/s/ Garth Spencer*
Garth Spencer

1

# **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on June 24, 2025, I served the foregoing Declaration of Garth Spencer in Support of Walter Schroeder's Opposition to the Motion of David A. Wenn and Ted Luciani on all counsel of record via the CM/ECF system.

*/s/ Garth Spencer*
Garth Spencer
