UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| TED LUCIANI, Individually and on Behalf of All Others Similarly Situated,<br><br>            Plaintiff,<br><br>       v.<br><br>NET POWER INC., DANIEL J. RICE IV, AKASH PATEL, and BRIAN ALLEN,<br><br>           Defendants. | Case No. 1:25-cv-00296-WO-JLW |

**DECLARATION OF JEREMY A. LIEBERMAN IN FURTHER SUPPORT OF
MOTION OF DAVID A. WENN AND TED LUCIANI FOR APPOINTMENT AS
CO-LEAD PLAINTIFFS AND APPROVAL OF SELECTION OF COUNSEL**

I, Jeremy A. Lieberman, hereby declare as follows:

1.  I am an attorney with the law firm of Pomerantz LLP ("Pomerantz"), counsel on behalf of David A. Wenn ("Wenn") and Ted Luciani ("Luciani"), and have personal knowledge of the facts set forth herein.  I make this Declaration in further support of Wenn and Luciani's motion for appointment as Co-Lead Plaintiffs for the Class in the above-captioned action (the "Action") and approval of their selection of Pomerantz as Lead Counsel and Schiller & Schiller, PLLC as Liaison Counsel for the Class in the Action.

2.  Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A:  Letter sent by Pomerantz, on behalf of Wenn and Luciani, to Glancy Prongay & Murray LLP ("GPM"), counsel for movant Walter Schroeder ("Schroeder"), dated June 20, 2025;

Exhibit B:  Letter sent by GPM, on behalf of movant Schroeder, to Pomerantz, dated June 23, 2025;

Exhibit C:  Consolidated Amended Class Action Complaint for Violations of the Federal Securities Laws filed on April 19, 2002, in *Marino v. Proton Energy Systems, Inc.*, No. 01-cv-06082 (S.D.N.Y. July 3, 2001) (the "*Marino* Action");

1

Exhibit D:      Order and Final Judgment filed on January 8, 2010, in the *Marino* Action; and

Exhibit E:      Stanford Law School Securities Class Action Clearinghouse's Case Summary page for the Proton Energy Systems, Inc. Securities Litigation, printed on June 24, 2025.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on June 24, 2025.

/s/ Jeremy A. Lieberman
Jeremy A. Lieberman

2

**CERTIFICATE OF SERVICE**

I hereby certify that on June 24, 2025, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ David G. Schiller*
David G. Schiller

3