# EXHIBIT A



**J. Alexander Hood II**
Partner

June 20, 2025

<u>**VIA EMAIL**</u>

Glancy Prongay & Murray LLP
Charles H. Linehan, Esq.
Garth Spencer, Esq.
1925 Century Park East, Ste. 2100
Los Angeles, CA 90067
(310) 201-9150
clinehan@glancylaw.com
gspencer@glancylaw.com

      RE:  *Luciani v. NET Power, Inc.*, 1:25-cv-00296-WO-JLW (M.D.N.C.)

Dear Counsel:

Pomerantz LLP is counsel to David A. Wenn and Ted Luciani, movants for appointment as Lead Plaintiffs pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA") in the above-referenced action. We write on behalf of Messrs. Wenn and Luciani regarding the transactions in NET Power, Inc. securities attributed to your client Walter Schroeder on the Certification submitted with his Lead Plaintiff motion (Dkt. No. 82 at \*3-\*29).

In the interest of assessing the propriety of Mr. Schroeder's appointment as Lead Plaintiff pursuant to the PSLRA, we request that you provide the following information:

1. Please confirm whether Mr. Schroeder was, at all relevant times, in his personal capacity, the owner of the nine accounts listed in his Certification; and
2. Please identify by name any person or entity other than Mr. Schroeder that is or was the owner of any of the accounts listed on Mr. Schroeder's Certification, specifying which account each such person or entity owns or owned, along with his, her, or its relationship to Mr. Schroeder.

We ask that you please respond to these inquiries by no later than <u>6:00 p.m. EST</u> on June 23, 2025. Thank you in advance for your prompt attention to this matter.

      Sincerely,

      */s/ J. Alexander Hood II*
      J. Alexander Hood II, Esq.

**ahood@pomlaw.com**

600 Third Avenue, New York, NY 10016  Main: 212.661.1100  Direct: 646.581.9966
NEW YORK • CHICAGO • LOS ANGELES • PARIS • TEL AVIV
www.pomlaw.com



Charles H. Linehan, Esq.                                              June 20, 2025
Garth Spencer, Esq.
Page 2


cc:      Jeremy A. Lieberman, Esq. (jalieberman@pomlaw.com)
         James M. LoPiano, Esq. (jmlopiano@pomlaw.com)
         David G. Schiller, Esq. (david@schillerfirm.com)

**600 Third Avenue, New York, New York 10016    tel: 212.661.1100    www.pomerantzlaw.com**

**NEW YORK          CHICAGO          LOS ANGELES          PARIS**