## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| TED LUCIANI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>NET POWER INC., DANIEL J. RICE IV, AKASH PATEL, and BRIAN ALLEN,<br><br>Defendants. | Case No. 1:25-cv-00296-WO-JLW<br><br>Hon. William L. Osteen, Jr. |

**WALTER SCHROEDER'S MEMORANDUM OF LAW IN SUPPORT OF HIS MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**

Lead Plaintiff Movant Walter Schroeder ("Schroeder") submits this memorandum of law in support of his concurrently filed Motion for Leave to File Reply in Support of Motion for Appointment as Lead Plaintiff and Approval of Lead Counsel.

On June 17, 2025, Schroeder filed his motion for appointment as Lead Plaintiff in this securities fraud class action. Dkt. No. 6 (the "Schroeder Lead Plaintiff Motion"). On the same day, David A. Wenn ("Wenn") and Ted Luciani ("Luciani") filed a competing motion for appointment as Lead Plaintiff. Dkt No. 4. On June 24, 2025, Schroeder and Wenn and Luciani, filed opposition briefs to each others' motions. Dkt. Nos. 13, 15.

Pursuant to this District's Rules of Practice and Procedure, while reply briefs are generally permitted (*see* LR 7.3(h)), "[n]o reply briefs shall be permitted" for lead plaintiff motions pursuant to the PSLRA (*see* LR 7.3(g)). While local rule 7.3(g) appears on its face to disallow replies in cases such as this one, "[a]s a general rule, the application of the local rules is within the discretion of the Court." *Johnson v. Angels*, 125 F. Supp. 3d 562, 564 (M.D.N.C. 2015) (quoting *Auxo Med., LLC v. Ohio Nat'l Life Assurance Corp.*,

1

2011 WL 3841934, at *2 (E.D.Va. Aug. 30, 2011)) (cleaned up); *see also Warner v. Midland Funding, LLC*, 2019 WL 8560152, at *1 (M.D.N.C. Mar. 18, 2019) (similar). The local rules "shall be interpreted and applied to . . . promote the just and prompt determination of all proceedings." LR 1.1. As such, the Court retains discretion to allow departure from the local rules when appropriate and helpful to achieve a just resolution.

While Schroeder's counsel are not aware of any authority analyzing a request for leave to file a reply to a PSLRA lead plaintiff motion under local rule 7.3(g), courts in this District have repeatedly authorized the filing of replies and sur-replies in other circumstances. *See, e.g.*, *United States v. Williamson*, 2012 WL 1657929, at *1 n.3 (M.D.N.C. May 11, 2012) (granting motion for leave to file reply in support of motion for reconsideration); *Singh v. Univ. of N. Carolina at Chapel Hill*, 2022 WL 1500545, at *3 (M.D.N.C. May 12, 2022) (granting leave to file sur-reply to address newly raised arguments); *Starnes v. Conduent Inc.*, 2018 WL 3466951, at *3 (M.D.N.C. July 18, 2018) (similar).

Schroeder's proposed reply is necessary to address Wenn and Luciani's arguments raised in their opposition to the Schroeder Lead Plaintiff Motion. Specifically, Wenn and Luciani incorrectly claim that Schroeder would be an inadequate and atypical lead plaintiff. In support, Wenn and Luciani make incorrect assertions about, *inter alia*, Schroeder's trading strategies and the applicable law. Schroeder respectfully submits that his proposed reply brief is therefore appropriately considered, and may assist the Court in resolving the competing lead plaintiff motions on a more fully developed record.

Therefore, Schroeder respectfully requests leave to file the proposed reply brief filed herewith as Exhibit A.

Respectfully submitted,

Dated: July 2, 2025      */s/   Garth Spencer*

**GLANCY PRONGAY & MURRAY LLP**

Charles H. Linehan*
   CLinehan@glancylaw.com
Garth Spencer (NCSB# 60142)
   GSpencer@glancylaw.com
1925 Century Park East, Ste. 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Counsel for Walter Schroeder and Proposed Lead Counsel for the Class*

* LR 83.1(d) notice of special appearance filed June 20, 2025

4

**CERTIFICATION OF WORD COUNT**

I hereby certify that this brief complies with the Local Civil Rule 7.3(d) on the limitations on the length of briefs. The body of the brief, headings, and footnotes of this brief contains 487 words.

/s/ Garth Spencer
Garth Spencer


**CERTIFICATE OF SERVICE**

I hereby certify that on July 2, 2025, I served the foregoing Memorandum of Law in Support of the Motion of Walter Schroeder for Leave to File Reply in Support of Motion for Appointment as Lead Plaintiff and Approval of Counsel on all counsel of record via the CM/ECF system.

/s/ Garth Spencer
Garth Spencer