| | |
|---|---|
| TED LUCIANI, Individually and on Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br>     v.<br><br>NET POWER INC., DANIEL J. RICE IV, AKASH PATEL, and BRIAN ALLEN,<br><br>     Defendants. | Case No. 1:25-cv-00296-WO-JLW |

## **DAVID A. WENN AND TED LUCIANI'S NOTICE OF SUGGESTION OF SUBSEQUENTLY DECIDED AUTHORITY**

Co-Lead Plaintiff Movants David A. Wenn and Ted Luciani, pursuant to Local Rule 7.3(i), respectfully submit this Notice of Suggestion of Subsequently Decided Authority in further support of their opposition to the pending Motion of Walter Schroeder for Appointment as Lead Plaintiff and Approval of Lead Counsel (Dkt. No. 6). The subsequently decided authority is *Trevar Liles v. SoundHound AI, Inc., et al.*, No. 25-CV-02915-RFL, 2025 WL 1937541 (N.D. Cal. July 14, 2025).

Dated:  July 16, 2025

Respectfully submitted,

**SCHILLER & SCHILLER, PLLC**

*/s/ David G. Schiller*
David G. Schiller (NC Bar # 26713)
304 East Jones Street
Raleigh, North Carolina 27601
Telephone: (919) 789-4677
Facsimile: (919) 789-4469
david@schillerfirm.com

*Counsel for Co-Lead Plaintiff Movants
David A. Wenn and Ted Luciani and
Proposed Liaison Counsel for the Class*

**POMERANTZ LLP**
Jeremy A. Lieberman
(*pro hac vice* application forthcoming)
J. Alexander Hood II
(*pro hac vice* application forthcoming)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
jalieberman@pomlaw.com
ahood@pomlaw.com

*Counsel for Co-Lead Plaintiff Movants
David A. Wenn and Ted Luciani and
Proposed Lead Counsel for the Class*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on July 16, 2025, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ David G. Schiller*
David G. Schiller