| | |
|---|---|
| TED LUCIANI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>NET POWER INC., DANIEL J. RICE IV, AKASH PATEL, and BRIAN ALLEN,<br><br>Defendants. | Case No. 1:25-cv-296-LAF-JGM |

## JOINT MOTION FOR SCHEDULING ORDER

Lead Plaintiff Walter Schroeder ("Lead Plaintiff") and Defendants NET Power Inc., Daniel J. Rice IV, Akash Patel, and Brian Allen (collectively, "Defendants" and, together with Lead Plaintiff, the "Parties") respectfully submit this Joint Motion for Scheduling Order, and state as follows:

1.  Plaintiff Ted Luciani filed the initial Complaint in this action on April 18, 2025. ECF No. 1.

2.  Pursuant to the Court's August 6, 2025 order, the time for Defendants to respond to the initial Complaint was stayed pending the Court's resolution of the competing motions to be appointed lead plaintiff.

3.  On April 23, 2026, the Court appointed Walter Schroeder as Lead Plaintiff. ECF No. 30.

4.  Following the Court's Order, counsel for Lead Plaintiff and Defendants conferred on scheduling matters, with Lead Plaintiff's counsel confirming that they intend to file an amended complaint now that Mr. Schroeder has been appointed Lead Plaintiff.

5.  The Parties further agreed, subject to the Court's approval, on the following schedule for Lead Plaintiff to file an amended complaint, Defendants' response thereto, and briefing on Defendants' anticipated motion to dismiss such complaint:

   a. Lead Plaintiff shall file an amended complaint by June 22, 2026;

   b. Defendants shall answer or otherwise file a motion to dismiss the amended complaint by August 6, 2026;

   c. Should Defendants file a motion to dismiss the amended complaint, (i) Lead Plaintiff shall file any opposition to the motion to dismiss by September 21, 2026; and (ii) Defendants shall file

2

amy reply in support of their motion to dismiss by October 21, 2026.

6. In light of Lead Plaintiff's intention to file an amended complaint, the Parties also agreed that Defendants need not respond to the initial complaint.

7. The Parties believe the schedule set forth above will best facilitate the efficient progress of this litigation.

8. Accordingly, the Parties hereby jointly and respectfully request that the Court enter the attached proposed order granting this Joint Motion.

Respectfully submitted this 29th day of April, 2026.

**SMITH, ANDERSON, BLOUNT, DORSETT, MITCHELL & JERNIGAN, L.L.P.**

*/s/ Christoher G. Smith*
Christopher G. Smith
North Carolina Bar No. 22767
Edward F. Roche
North Carolina Bar No. 55434
150 Fayetteville St.
Suite 2300
Raleigh, NC 27601
Telephone: (919) 821-6745
Fax: (919)821-6800
csmith@smithlaw.com
eroche@smithlaw.com

*Counsel for Defendants NET Power Inc.,
Daniel J. Rice IV, Akash Patel, and
Brian Allen*

**KING & SPALDING LLP**
Jessica P. Corley
Georgia Bar No. 572733
B. Warren Pope
Georgia Bar No. 583723
Brandon R. Keel
Georgia Bar No. 300303
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309-3521
Telephone: (404) 572-4600
Fax: (404) 572-5100
jpcorley@kslaw.com
wpope@kslaw.com
bkeel@kslaw.com

*Local Civil Rule 83.1 Special
Appearance Counsel for Defendants NET
Power Inc., Daniel J. Rice IV, Akash
Patel, and Brian Allen*

4

**GLANCY PRONGAY WOLKE & ROTTER LLP**

*/s/ Garth Spencer*
Charles H. Linehan*
Garth Spencer (NCSB# 60142)
1925 Century Park East, Ste. 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
CLinehan@glancylaw.com
GSpencer@glancylaw.com

*Counsel for Lead Plaintiff*
*Walter Schroeder and Lead Counsel for*
*the Class*

* LR 83.1(d) special appearance

5

## CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2026, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Christoher G. Smith*
Christopher G. Smith