UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| TED LUCIANI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>NET POWER INC., DANIEL J. RICE IV, AKASH PATEL, and BRIAN ALLEN,<br><br>Defendants. | Case No. 1:25-cv-296-LAF-JGM |

**DEFENDANTS' MOTION TO DISMISS**
**PLAINTIFF'S AMENDED CLASS ACTION COMPLAINT**

Pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6) and the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4 *et seq*. (the "PSLRA"), Defendants NET Power Inc., Daniel J. Rice IV, Akash Patel, and Brian Allen (collectively, "Defendants") move to dismiss Lead Plaintiff Walter Schroeder's Amended Class Action Complaint for Violation of the Federal Securities Laws (ECF 34) (the "Amended Complaint") for failure to state a claim for which relief may be granted. The grounds for the motion, which are more fully set forth in the accompanying brief, are:

1. Plaintiff's claims under Section 10(b) of the Securities and Exchange Act of 1934, 15 U.S.C. § 78j(b) (the "Exchange Act") and Rule 10b-5 promulgated by the Securities and Exchange Commission thereunder, 17 C.F.R. § 240.10b-5, should be dismissed because:

a. Plaintiff challenges statements that are protected by the PSLRA's statutory "safe harbor" for forward-looking statements, as provided by 15 U.S.C. § 78u-5;

b. Plaintiff challenges statements that are not actionable as a matter of law, because they are indefinite statements of corporate optimism, often referred to as "puffery," or non-actionable statements of opinion;

c. Plaintiff fails to plead with particularity that any challenged statement was false or misleading when made, as required by Rule 9(b) and 15 U.S.C. § 78u-4(b)(1);

d. Plaintiff fails to plead particularized facts giving rise to a "strong inference" that any Defendant acted with the "required state of mind," as required by 15 U.S.C. § 78u-4(b)(2); and

e. Plaintiff fails to adequately plead loss causation, as required by 15 U.S.C. § 78u-4(b)(4).

2. Plaintiff's claims under Section 20(a) of the Exchange Act, 15 U.S.C. § 78t(a), against Messrs. Rice, Patel, and Allen must be dismissed for failure to plead a primary violation of the Exchange Act.

WHEREFORE, Defendants respectfully request that this Court enter an Order dismissing the Amended Complaint in its entirety with prejudice and grant such other and further relief as it deems just and proper.

Respectfully submitted this 6th day of August, 2026.

**KING & SPALDING LLP**

/s/ B. Warren Pope
Jessica P. Corley
Georgia Bar No. 57273
B. Warren Pope
Georgia Bar No. 583723
Brandon R. Keel
Georgia Bar No. 300303
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309-3521
Telephone: (404) 572-4600
Fax: (404) 572-5100
jpcorley@kslaw.com
wpope@kslaw.com
bkeel@kslaw.com

*Local Civil Rule 83.1 Special Appearance Counsel for Defendants NET Power Inc., Daniel J. Rice IV, Akash Patel, and Brian Allen*

**SMITH, ANDERSON, BLOUNT, DORSETT, MITCHELL & JERNIGAN, L.L.P.**

/s/ Edward F. Roche
Christopher G. Smith
North Carolina Bar No. 22767
Edward F. Roche
North Carolina Bar No. 55434
150 Fayetteville St.
Suite 2300
Raleigh, North Carolina 27601
Telephone: (919) 821-6745
Fax: (919)821-6800
csmith@smithlaw.com
eroche@smithlaw.com

*Counsel for Defendants NET Power Inc., Daniel J. Rice IV, Akash Patel, and Brian Allen*

## CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2026, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Edward F. Roche*
Edward F. Roche